# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 17-0047V
**Filed: April 12, 2018**
UNPUBLISHED

|  |  |
|---|---|
| ANGELA TURNER,<br><br>　　　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>　　　　　　　　Respondent. | Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*Joseph Alexander Vuckovich, Maglio Christopher & Toale, PA, Washington, DC, for petitioner.*
*Jennifer Leigh Reynaud, U.S. Department of Justice, Washington, DC, for respondent.*

### DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

　　On January 12, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered a left shoulder injury as a result of an influenza vaccination received on October 15, 2015. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

　　On April 12, 2018, a ruling on entitlement was issued, finding petitioner entitled to compensation for her shoulder injury. In his Rule 4(c) Report filed on April 12, 2018, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $50,633.50, representing compensation for pain and suffering ($50,000.00) and past reimbursable expenses ($633.50). Rule 4(c) Report and Proffer at 4. Respondent indicated that this amount reflects that any award for projected pain

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

and suffering has been reduced to net present value. *Id.* at 3-4. In the Proffer, respondent represented that petitioner agrees with the proffered award. Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the Proffer, **the undersigned awards petitioner a lump sum payment of $50,633.50, consisting of $50,000.00 for pain and suffering and $633.50 for past unreimbursable expenses, in the form of a check payable to petitioner, Angela Turner.** This amount represents compensation for all damages that would be available under § 300aa-15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

                                               **s/Nora Beth Dorsey**
                                               Nora Beth Dorsey
                                               Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.